IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD CLARK,

        Plaintiff,

     v.

CENTENE CORPORATION, et al.,

        Defendants.

Case No.  26-cv-04107-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPY OF COMPLAINT**

On May 19, 2026, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff is hereby DIRECTED to submit forthwith a courtesy copy of the Complaint, filed May 5, 2026.  Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California