CHARLES K. CHINEDUH (SBN 273258)
Charles.Chineduh@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 596-4500

Attorneys for Defendants
CENTENE CORPORATION and
HEALTH NET, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTENE CORPORATION and HEALTH NET, LLC,<br><br>Defendants. | Case No. 3:26-cv-04107-MMC<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CENTENE CORPORATION AND HEALTH NET, LLC'S TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Served:      May 11, 2026<br>Current Response Date: July 10, 2026<br>New Response Date:     August 10, 2026 |

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:26-cv-04107-MMC

Pursuant to Rule 6-1(a) of the Civil Local Rules for the United States District Court for the Northern District of California, Plaintiff Howard Clark, Jr. ("Plaintiff") and Defendants Centene Corporation ("Centene") and Health Net, LLC ("Health Net," together with Centene, "Defendants"), by and through their respective counsel, hereby stipulate that the Court extend the time by which Defendants may respond to Plaintiff's Complaint.

WHEREAS, Plaintiff served upon Defendants the Complaint in this action on May 11, 2026;

WHEREAS, a responsive pleading to the Complaint is due to be filed and served on behalf of Defendants by July 10, 2026;

WHEREAS, for good cause and pursuant to Local Rule 6-1(a), the parties wish to extend the time within which a responsive pleading to the Complaint is due to be filed and served by Defendants by approximately thirty (30) days to August 10, 2026;

WHEREAS, the parties agree that this Joint Stipulation does not alter the date of any event or deadline already fixed by Court order, and that the stipulated extension herein is effective upon filing without further order of the Court (Local Rule 6-1(a));

WHEREAS, by entering into this stipulation, Defendants are not waiving any affirmative defenses and/or grounds for motions under Rule 12 of the Federal Rules of Civil Procedure.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective attorneys of record, that the time within which a responsive pleading to Plaintiff's Complaint is due to be filed and served on behalf of Defendants is extended to and including August 10, 2026.

**IT IS SO STIPULATED.**

*\*\*\*SIGNATURES ON THE FOLLOWING PAGE\*\*\**

1

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:26-cv-04107-MMC

Dated:  June 30, 2026                          STRANCH, JENNINGS & GARVEY, PLLC


                                By:    /s/ Anne K. Davis
                                       ANNE K. DAVIS
                                       Attorneys for Plaintiff
                                       Howard Clark, Jr.


Dated:  June 30, 2026                          MAYNARD NEXSEN LLP


                                By:    /s/ Charles K. Chineduh
                                       CHARLES K. CHINEDUH
                                       Attorneys for Defendants
                                       Centene Corporation and Health Net, LLC


### Filer's Attestation

        Pursuant to L.R. 5-1(i)(3), I hereby certify that the content of this document is acceptable to Anne K. Davis, counsel for Plaintiff, and that I have obtained Anne K. Davis's authorization to affix her electronic signature to this document.

                                        /s/ Charles K. Chineduh
                                       CHARLES K. CHINEDUH

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 3:26-cv-04107-MMC