# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CENTENE CORPORATION and HEALTH NET, LLC,<br><br>Defendants. | Case No. 3:26-cv-04107-MMC<br><br>[PROPOSED] ORDER TRANSFERRING CASE PURSUANT TO FIRST-TO-FILE RULE AND 28 U.S.C. § 1404(a) |

# [PROPOSED] ORDER

This matter comes before the Court on the Motion for Transfer filed by Defendants Centene Corporation ("Centene") and Health Net, LLC ("Health Net") (collectively, "Defendants") seeking transfer of this case to the United States District Court for the Central District of California where a related putative class action, *Steve Shannon and Rebekka Lien v. Health Net, LLC*, Case No. 2:26-cv-03814 ("*Shannon*"), is currently pending.

Having considered the arguments and authorities advanced in the Motion, the Court finds that (1) *Shannon* is the first-filed case, (2) the two cases involve substantially similar parties, and (3) the two cases also involve overlapping claims and similarity of issues. *Kohn Law Group, Inc. v. Auto Parts Mfg. Miss., Inc.*, 787 F.3d 1237, 1240 (9th Cir. 2015). Therefore, transfer to the Central District of California would avoid conflicting rulings, promote efficiency, and serve judicial economy.

The Court further finds that transfer is appropriate under 28 U.S.C. § 1404(a) because this action could have been filed in the Central District of California and transfer to that district would be in the interest of justice. *Adam v. CaringBridge, Inc.*, No. 25-CV-06042-WHO, 2025 WL 3493565, at *4 (N.D. Cal. Dec. 5, 2025).

Accordingly, **IT IS HEREBY ORDERED** as follows:

Defendants' Motion for Transfer is **GRANTED**; and

The clerk is **DIRECTED** to transfer this case to the Central District of California.

Dated:    July 31, 2026

By:    HON. MAXINE M. CHESNEY
United States District Court Judge

1